IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY FLETCHER                                                                                      PLAINTIFF

VS.                            CASE NO. 3:05CV00031 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed and remanded for proceedings consistent with this opinion.

SO ADJUDGED this 13th day of March, 2006.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE